UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-20003-CIV-ALTONAGA/Goodman

**ADSPORT INC,** *et al.*,

    Plaintiff,
v.

**OPKO HEALTH INC.** and
**PHILLIP FROST**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court at a status conference [ECF No. 86] regarding the scheduling of this case. For the reasons stated in open court, it is

**ORDERED** that this case is **STAYED** and **ADMINISTRATIVELY CLOSED**. Any party may move to reopen the case at an appropriate time after a decision on the motions to appoint lead plaintiff and consolidate cases in Case Number 18-23786-CIV-Martinez.

**DONE AND ORDERED** in Miami, Florida, this 4th day of January, 2019.

*(signature)*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record